

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00480-CV

**IN THE GUARDIANSHIP OF** Javier J. **TREVINO**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2022PB6000079L2
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: December 6, 2023

DISMISSED

Appellant Maria Guadalupe Arroyo filed a motion to dismiss this appeal. The motion states that the parties have settled this matter, and appellant requests dismissal of the appeal, with each party to bear its own costs of appeal. Appellee Christina Mendez did not oppose the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal, with each party bearing its own costs of appeal. *See id.* R. 42.1(a)(1), (d).

PER CURIAM